UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 1:24-CR-00171

v.

**PENALTY SHEET**

ROBERT FILLMORE,

        Defendant.
_____/

**COUNTS 1 and 2 – Theft from Program Receiving Federal Funds – 18 U.S.C. § 666(a)(1)(A)**

**Maximum penalty:** Not more than 10 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class C Felony, 18:3559)

**Special Assessment**: $100 [18:3013]

**Restitution:** Mandatory [18 U.S.C. 3663A]

Date:  November 6, 2024

/s/ Clay Stiffler
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046